U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

JAN 23 2012

TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| JAMIE RAY WARE<br>LA. DOC #454293 | * | CIVIL ACTION NO. 3:10-cv-1844 |
| VERSUS | * | JUDGE DONALD E. WALTER |
| BURL CAIN, WARDEN | * | MAG. JUDGE KAREN L. HAYES |

# JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the petitioner's Petition for Writ of *Habeas Corpus* under 28 U.S.C. § 2254 is hereby **DENIED and DISMISSED with prejudice** as time-barred by the provisions of 28 U.S.C. § 2244(d).

THUS DONE AND SIGNED this 22 day of January, 2012, in Shreveport, Louisiana.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE